UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA CHAVEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAPUTO CHEESE USA, INC.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:26-cv-00165-DJC-JDP<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE FED. R. CIV. P. 26 DEADLINES**<br><br>Complaint Filed: November 24, 2025<br>Action Removed: January 20, 2026<br>Trial Date: None Set |

The Parties have filed a joint stipulation to continue the deadline to confer and file a joint scheduling report pursuant to Fed. R. Civ. P. 26(f) pending the Court's decision on Plaintiff's forthcoming motion to remand the case to state court.  Having considered the joint stipulation, and finding good cause, the Court hereby ORDERS that the Parties' deadline to confer and file a joint scheduling report pursuant to Rule 26(f), currently set for March 20, 2026, is CONTINUED until thirty (30) days following the Court's ruling on Plaintiff's forthcoming motion to remand.

**IT IS SO ORDERED.**

Dated:  March 11, 2026                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

ORDER CONTINUING
RULE 26 DEADLINES
Case No. 2:26-cv-00165-DJC-JDP