UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA CHAVEZ, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>SAPUTO CHEESE USA, INC.; and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No. 2:26-cv-00165-DJC-JDP<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: November 24, 2025<br>Action Removed: January 20, 2026<br>Trial Date: None Set |

ORDER GRANTING PLAINTIFF LEAVE
TO FILE AMENDED COMPLAINT
Case No. 2:26-cv-00165-DJC-JDP

Having considered the Parties' Stipulation Granting Plaintiff Leave to File First Amended Complaint, and good cause appearing, the Court hereby orders as follows:

1.      Plaintiff is granted leave to file the First Amended Complaint attached to the Parties' stipulation as Exhibit A;

2.      Plaintiff shall file the First Amended Complaint within fourteen days of the date of this Order; and

3.      The answer that Defendant filed in Stanislaus County Superior Court on January 16, 2026, which Defendant included as an exhibit to its notice of removal (ECF No. 1-2), shall remain Defendant's operative responsive pleading.  Defendant shall not be required to file an additional responsive pleading to Plaintiff's First Amended Complaint; however, Defendant shall file a copy of its answer at ECF No. 1-2 as a stand-alone event on the docket within seven (7) days after service of Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

Dated:  April 15, 2026                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF LEAVE
TO FILE AMENDED COMPLAINT
Case No. 2:26-cv-00165-DJC-JDP