UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA CHAVEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAPUTO CHEESE USA, INC.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:26-cv-00165-DJC-JDP<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT**<br><br>Complaint Filed: November 24, 2025<br>Action Removed: January 20, 2026<br>Trial Date: None Set |

Having considered the parties' Stipulation to Remand Action to State Court, and good cause appearing, it is hereby ORDERED that this matter is remanded to the Superior Court of California, County of Stanislaus Case No. 25CV-011575, without prejudice to Defendant's right to remove in the event subsequent pleadings, motions, or orders reveal a new, valid basis for removal that did not exist or was not apparent at the initial time of removal.  The Clerk of Court shall close this case and serve a copy of this Order on the state court.

**IT IS SO ORDERED.**

Dated:  April 16, 2026                              /s/ Daniel J. Calabretta
                                                    THE HONORABLE DANIEL J.
                                                    CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE